IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | No. C 11-03047 EJD (PR) |
| | ) | |
| DE ANGELO MCVAY, | ) | ORDER OF DISMISSAL |
| | ) | |
| | ) | |
| _____ | ) | |

      On June 20, 2011, Petitioner, a California prisoner, filed a letter indicating that he is seeking consideration for parole suitability as he is currently serving a life sentence without the possibility of parole. (Docket No. 1.) On the same day, the Clerk of the Court sent Petitioner a notice that he had not attached a petition to his pleadings. (See Docket No. 3.) Petitioner was warned that if he failed to submit a petition within thirty days from the date of the notice, the action would be dismissed. (Id.) Petitioner was also sent a notice regarding his failure to pay the filing fee or file an in forma pauperis application, and given the same thirty days to respond. (Docket No. 2.)

      The deadline has since passed, and Petitioner has not filed a petition or paid the filing fee. Accordingly, this action is DISMISSED without prejudice.

DATED: August 11, 2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.EJD\HC.11\03047McVay_dismissal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In re:

    DE ANGELO MCVAY,

Case Number: CV11-03047 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____8/12/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

De Angelo McVay
P-52664
CSP-LAC
44750 60th Street West
Lancaster, CA 90053

Dated: _____8/12/2011_____

                           Richard W. Wieking, Clerk
                       /s/ By: Elizabeth Garcia, Deputy Clerk