**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) | No. C 11-03047 EJD (PR) |
|---|---|---|
| DE ANGELO MCVAY, | ) ) | JUDGMENT |

The Court has dismissed this action without prejudice. A judgement of dismissal without prejudice is entered.

DATED: August 11, 2011

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\HC.11\03047McVay_jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE DE ANGELO MCVAY,

Case Number: CV11-03047 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

De Angelo McVay P-52664
CSP-LAC
44750 60th Street West
Lancaster, CA 90053

Dated: August 12, 2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk